| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| | **FILED**<br>Sep 18, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN THE MATTER OF THE APPLICATION<br>     OF THE UNITED STATES OF AMERICA<br>12  FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
| 13  THE PERSON OF MICHAEL GARCIA, DOB<br>     XX/XX/1988 | 2:20-SW-0812-CKD |
| 14 | |
| 15  THE PERSON OF NANCY DALILA<br>     ESCOBAR GARCIA, DOB XX/XX/1989 | 2:20-SW-0813-CKD |
| 16  THE PERSON OF GONZALO RUIZ<br>     GARCIA, DOB XX/XX/1965 | 2:20-SW-0814-CKD |
| 17 | |
| 18  THE PERSON OF TYLOR JEFFERY<br>     COMBS, DOB XX/XX/1980 | 2:20-SW-0815-CKD |
| 19  THE PERSON OF DALE ALAN DOUGLAS,<br>     JR, DOB XX/XX/1990 | 2:20-SW-0816-CKD |
| 20 | |
| 21  THE PERSON OF KING JAMES BERBERAN<br>     MIRANDA, DOB XX/XX/1988 | 2:20-SW-0817-CKD |
| 22  1 TRISTAN CIRCLE, SACRAMENTO, CA<br>     95823 | 2:20-SW-0818-CKD |
| 23 | |
| 24  4325 SAN JUAN AVENUE, FAIR OAKS, CA<br>     95628 | 2:20-SW-0819-CKD |
| 25  3650 TALLYHO DRIVE, APT 16,<br>     SACRAMENTO, CA 95826 | 2:20-SW-0820-CKD |
| 26 | |

27                      **ORDER TO UNSEAL**

28     Upon application of the United States of America and good cause having been shown,

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

1  IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 9/18/2020

*Carolyn K. Delaney*
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS